# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLENN LIOU, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>   - against -<br><br>TREMENDOUS LLC,<br><br>     Defendant | Case No. 24-437<br><br><br>Notice of Voluntary Dismissal |

Plaintiff hereby gives notice that this action is voluntarily dismissed pursuant to Fed. R. Civ. 41(a)(1)(A)(i).

Dated: April 3, 2024

              Respectfully submitted,

              /s/ Tiffany *Troy*
              Troy Law, PLLC
              41-25 Kissena Blvd., Ste 110
              Flushing, NY 11355
              (718) 762-1324
              troylaw@troypllc.com

Sheehan & Associates, P.C.
Spencer Sheehan*
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

Chung Law Firm, P.C.
James Chung*
4322 216th Street
Bayside, NY 11361
(718) 461-8808
Jchung_77@msn.com

*Pro Hac Vice forthcoming